IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOLLY McCLURE, )
)
        Plaintiff, )
)
v. ) CIVIL ACTION NO. 12-0230
)
MICHAEL J. ASTRUE, ) CHIEF JUDGE GARY L. LANCASTER
Commissioner of )
Social Security, ) ELECTRONICALLY FILED
)
        Defendant. )

**ORDER**

AND NOW, this 21 day of Dec, 2012, upon consideration of the aforementioned Stipulation,

IT IS HEREBY ORDERED that Plaintiff, Dolly McClure, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Nine Hundred Dollars and 00/00 Cents ($4,900.00). These attorney fees will be paid directly to Plaintiff, Dolly McClure, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

                                                      _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE